IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:15-CR-168 |
| v. | ) CHIEF JUDGE SARGUS |
| JOHN ANDERSON RANKIN | ) |
| Defendant. | ) |

**OPINION AND ORDER**

On May 24, 2017, Defendant, proceeding *pro se*, filed a *Precipe for Subpoena*. (ECF No. 56.) On May 25, 2017, the Government filed a *Motion for Reasonable Restrictions on Pro Se Activities*. (ECF No. 58.) On May 30, 2017, Defendant filed a *Memorandum in Opposition to Motion for Reasonable Restrictions on Pro Se Activities*. (ECF No. 59.) On June 19, 2017, the Defendant filed a *Second Precipe for Subpoena* (ECF No. 78), listing the same witnesses requested in the first precipe. This matter is now before the Court on Defendant's *pro se Motion for Leave to File under Seal and in Camera*. (*Mot.*, ECF No. 90.)

The Government raised issues of relevancy and possible undue harassment for witnesses listed on Defendant's praecipe, including, for example, the husband and ex-husband of an IRS agent. As the Court explained in its *Order* (*Order*, ECF No. 86), the Sixth Circuit has held "[i]n making its determination of whether or not issuance of the subpoena is warranted, the district court is vested with wide discretion." *United States v. Moore*, 917 F.2d 215, 230 (6th Cir. 1990). Therefore, the Court directed the Defendant as follows:

To assist the Court in ascertaining the relevance and materiality of the proposed witnesses' testimony, Defendant shall file, within **seven (7)** days of the entry of this Order, a submission stating the evidence that is proposed to be obtained through the testimony of each of these six witnesses, and how it is material to his defense.

(*Order*, ECF No. 86, at p. 4.) Defendant moves to file his response to this Court's Order under seal and in camera. *See* Fed. R. Crim. P. 16.

Defendant's *Motion for Leave to File under Seal and in Camera*, (*Mot.*, ECF No. 90), is hereby **GRANTED.** The Defendant shall file his response to this Court's Order under seal and in camera not later than close of business **July 21, 2017**.

**IT IS SO ORDERED.**

7-17-2017
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**