# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-CR-168 |
| ) | |
| v. ) | Chief Judge Edmund A. Sargus, Jr. |
| ) | |
| JOHN ANDERSON RANKIN ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court held a Final Pretrial Conference in this case on August 18, 2017. Pursuant to the Court's Order, the parties will exchange witness lists on **Monday, August 21, 2017**. The parties will submit to the Court any objections to the proposed exhibits on **Tuesday, August 22, 2017**. The Court will conduct a telephone status conference with counsel in this case on **Wednesday, August 23, 2017, at 10:00 a.m**.

Additionally, the Court ruled on Defendant's Motions in Limine as follows:

ECF No. 49 is **DENIED in Part** and **GRANTED in Part**, for the reasons explained in Court.

ECF No. 55 is **DENIED without prejudice**.

ECF No. 65 is **DENIED as Moot**.

ECF No. 66 is **DENIED**.

ECF No. 67 is **Held in Abeyance**.

ECF No. 68 is **DENIED in Part and GRANTED in Part**, for the reasons explained in Court.

**IT IS SO ORDERED.**

8-18-2017
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**