# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                             **Case No. 2:15-CR-168**

                                    **JUDGE EDMUND A. SARGUS, JR.**

**JOHN A. RANKIN,**

    **Defendant.**

## ORDER

This matter arises on Plaintiff's Motion to Terminate Supervised Relief. (ECF No. 214.)

The Court held a hearing regarding Plaintiff's motion on September 19, 2023. (ECF No. 217.)

For the reasons stated at that hearing, Plaintiff's Motion is **DENIED**.

    **IT IS SO ORDERED.**

**9/19/2023**                                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                                        **EDMUND A. SARGUS, JR.**
                                                                             **UNITED STATES DISTRICT JUDGE**